# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00712-GPG-KAS

LEPRINO FOODS COMPANY,

        Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC.,

        Defendant.

---

**JOINT MOTION
TO CONTINUE CASE SCHEDULE**

---

Pursuant to D.C.COLO.LCivR 6.1 and Section 13 of the Scheduling Order, Plaintiff Leprino Foods Company ("Leprino") and Defendant United HealthCare Services, Inc. ("United"), hereby stipulate to and jointly move the Court for an order continuing the existing case deadlines. Good cause for this Joint Motion exists for the reasons set forth below:

1. The Court entered the operative Scheduling Order for this case on June 5, 2024. ECF No. 27.

2. The Scheduling Order states that it "may be altered or amended upon a showing of good cause." *Id.* § 9.

3. The Parties have met and conferred and agree that additional time to complete fact discovery is needed under the current Scheduling Order to allow for completion of production and review of the cloned discovery from a related case Leprino filed in the Central District of California

1

as *Leprino Foods Co. et al. v. Avani Outpatient Surgery Center, et al.*, No. 2:22-cv-07434-DSF-JC following Magistrate Judge Starnella's December 18, 2024 minute order granting the Parties' Joint Motion for Cloned Discovery, ECF No. 48, and to allow for completion of production and review of material from discovery requests in this action.

4. The latest that either Party can serve discovery in this matter under the current schedule is February 18, 2025. Under present course, both parties are likely to receive numerous documents originating from each other and at least a dozen third parties that must processed and reviewed in just a few weeks. It is not possible for either party to assess what further discovery they might need from each other or the other parties in the *Avani* matter in that short of a time frame.

5. Extending the current Case Plan and Schedule will allow for cloned discovery to be produced and fully utilized by both Parties, potentially eliminating the need for the duplicative discovery that would otherwise be sought. The Parties believe that revising the Case Plan and Schedule will allow for a more efficient discovery process overall.

Accordingly, for the reasons set forth above and for good cause shown, the Parties request an extension of the Scheduling Order's Case Plan and Schedule as follows:

| Deadline Type | Current Date | Proposed Extension |
| --- | --- | --- |
| Close of fact discovery | April 4, 2025 | October 10, 2025 |
| Exchange of expert reports | May 9, 2025 | November 24, 2025 |
| Exchange of rebuttal expert reports | June 9, 2025 | January 9, 2026 |
| Close of expert discovery | July 9, 2025 | February 25, 2026 |
| Dispositive and Daubert motions | August 22, 2025 | March 27, 2026 |

| | | |
|---|---|---|
| Oppositions to dispositive motions and Daubert motions | September 12, 2025 | April 24, 2026 |
| Replies in support of dispositive motions and Daubert motions | September 26, 2025 | May 15, 2026 |

3

Dated: February 6, 2025

/s/ Cliff Stricklin

Cliff Stricklin
Jared Lax
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
cstricklin@kslaw.com
jlax@kslaw.com

*Attorneys for Plaintiff,
Leprino Foods Company*

Respectfully submitted,

/s/ Meshach Rhoades

Meshach Rhoades
Amy Pauli
Ashleigh Kaspari
CROWELL & MORING LLP
1601 Wewatta Street, Suite 815
Denver, Colorado 80202
Telephone: (303) 524-8618
mrhoades@crowell.com
apauli@crowell.com
akaspari@crowell.com

Christopher Flynn
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 624-2864
Facsimile: (202) 628-5116
CFlynn@crowell.com

*Attorneys for Defendant
United HealthCare Services, Inc.*