IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00712-GPG-KAS

LEPRINO FOODS COMPANY,

    Plaintiff,

v.

UNITED HEALTHCARE SERVICES, INC.,

    Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Andrew Holmer, a member in good standing of the bar of this Court, hereby enters his appearance in this matter on behalf of Defendant United HealthCare Services, Inc.

Respectfully submitted this 7th day of March, 2025.

By: */s/ Andrew Holmer*
Andrew Holmer
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5509
Facsimile: (213) 622-2690
Email: AHolmer@crowell.com

*Attorneys for Defendant United HealthCare Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2025, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was served via CM/ECF upon the following:

Cliff Stricklin
Jared Lax
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
*cstricklin@kslaw.com*
*jlax@kslaw.com*

Glenn E. Solomon
William H. Mavity
KING & SPALDING LLP
633 W. Fifth Street, Suite 1600
Los Angeles, CA 90071
*gsolomon@kslaw.com*
*wmavity@kslaw.com*

Katherine Anne Bowles
FENNEMORE LLP
18881 Von Karman Avenue, #1260
Irvine, CA 92612
*kbowles@fennemorelaw.com*

*Attorneys for Plaintiff,*
*Leprino Foods Company*

By: */s/ Barbara L. Werner*
    Barbara L. Werner
    CROWELL & MORING LLP